IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROCK SOUTHWARD, Derivatively on Behalf of Himself and All Others Similarly Situated,

    Plaintiff(s),

v.

MARK ZUCKERBERG, et al.,

    Defendant(s).

CASE NO. 12-CV-4144 (MMC)

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Brant W. Bishop, P.C. , whose business address and telephone number is Kirkland & Ellis LLP / 655 Fifteenth Street N.W./ Washington, DC 20005 - or - 601 Lexington Ave. / New York, NY 10022; telephone: 202-879-5000 ; email: brant.bishop@kirkland.com and who is an active member in good standing of the bar of DC, NY and UT having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Facebook, Inc.+ individual defendants

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: August 24, 2012

*[signature]*
United States District Judge